# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **ALICIA COOPER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:23-CV-559-RAH-KFP |
| | ) |
| **HEATH CONNER,** | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff Alicia Cooper, by and through her undersigned counsel, and hereby respectfully informs this Honorable Court that this action has settled. The parties are working to draft and execute the paperwork to finalize their agreement now. We anticipate that the action will be ready to be dismissed within the next thirty (30) days. For the time being though, this case can be removed from the Court's April 14, 2025 trial docket.

Respectfully submitted this 7th day of April, 2025.

/s/Will Lattimore
WILL LATTIMORE (LAT021)
*Attorney for Plaintiff*

OF COUNSEL:
TURNBULL, MOAK & PENDERGRASS, P.C.
2501 Twentieth Place South, Suite 425
Birmingham, Alabama 35223
Phone: (205) 831-5040
Fax: (205) 848-6300
wlattimore@turnbullfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing on all of the following counsel of record by regular U.S. Mail and e-mail on this the 7th day of April, 2025.

Michael J. Cohan
WEBSTER, HENRY, BRADWELL, COHAN, SPEAGLE & DESHAZO, P.C.
822 N. Dean Road, Suite 300
Auburn, Alabama 36830
mcohan@websterhenry.com

                                                     /s/ *Will Lattimore*
                                                     OF COUNSEL