IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ALICIA COPPER, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | )   CIV. NO.: 3:23-cv-559-TES |
| | ) |
| CONNOR HEATH | ) |
| | ) |
| *Defendant.* | ) |

## ORDER GRANTING JOINT MOTION TO DISMISS

Considering the parties' Notice of Settlement (Doc. 42) filed on April 7, 2025, the Court **GRANTS** their Joint Motion to Dismiss (Doc. 44) and **DISMISSES** this action **with prejudice**, costs taxed as paid, pursuant to Federal Rule of Civil Procedure 41(a)(2).

**SO ORDERED**, this 7th day of May, 2025.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**